# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LITTLE, A CITIZEN AND TAXPAYER OF NEVADA,
Appellant,
vs.
THE STATE OF NEVADA; THE NEVADA GOVERNOR'S OFFICE OF ECONOMIC DEVELOPMENT; PAUL ANDERSON, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE NEVADA GOVERNOR'S OFFICE OF ECONOMIC DEVELOPMENT; AND THE LEGISLATURE OF THE STATE OF NEVADA,
Respondents.

No. 72641

**FILED**

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## *ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT*

On March 22, 2018, counsel for appellant filed a notice of withdrawal of appeal. We construe the notice as a motion to withdraw this appeal voluntarily. We grant the motion and dismiss the appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for April 2, 2018, at 1:30 p.m. in Las Vegas, is vacated.

It is so ORDERED.

_____, C.J.

cc:    Hon. James Todd Russell, District Judge
       Joseph F. Becker
       Attorney General/Reno
       Legislative Counsel Bureau Legal Division
       Attorney General/Las Vegas
       Carson City Clerk